## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Occupy Minneapolis, *et al.*,

                          Plaintiffs,              Civ. No. 11-3412 (RHK/TNL)

v.

                                                   **ORDER**

County of Hennepin, *et al.*,

                          Defendants.

**IT IS ORDERED** that Plaintiffs shall serve and file a response to Defendants'

request to file a motion for reconsideration (Doc. No. 19) no later than 12:00 p.m. on

Tuesday, December 6, 2011.  Plaintiffs' response shall conform with Local Rule 7.1(h).


Dated: December 1, 2011                    s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge